UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

HOLY FAMILY UNIVERSITY,

           Defendant.

------------------------------------- x

No.: 1:23-cv-5909

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HOLY FAMILY UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       September 28, 2023

                                         **GOTTLIEB & ASSOCIATES**

                                         /s/Michael A. LaBollita, Esq.

                                       Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                                        New York, NY 10003
                                                           Phone: (212) 228-9795
                                                                Fax: (212) 982-6284
                                                             Michael@Gottlieb.legal

                                                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

September 29, 2023